**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL CALLAGHAN                                                                                    PLAINTIFF

v.                                                              No. 4:10CV01049 JLH

DEPARTMENT OF VETERANS AFFAIRS,
Eric K. Shinseki, Secretary, *et al*.                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the complaint against Donna

Edwards, Sandra J. Grinder, Jane W. Duke, and Eric E. Holder, Jr., is dismissed with prejudice.  The

complaint against Eric K. Shinseki as Secretary of the Department of Veterans Affairs is dismissed

without prejudice.

IT IS SO ORDERED this 2nd of December, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE