**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL CALLAGHAN                                                                                               PLAINTIFF

v.                                              No. 4:10CV01049 JLH

DEPARTMENT OF VETERANS AFFAIRS,
Eric K. Shinseki, Secretary, *et al*.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 25th of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE